218 So.2d 44

**Shannon HARRISON and S. Gordon Reese**

**v.**

**LOUISIANA POWER & LIGHT COMPANY.**

**No. 49648.**

Jan. 30, 1969.

In re: Louisiana Power & Light Company applying for writs of prohibition and certiorari.

Application denied. There is no error in the ruling complained of. See C.C.P. Art. 44, 925, 928.

218 So.2d 44

**STATE of Louisiana ex rel.**

**Denny Dean SHAW**

**v.**

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

**No. 49607.**

Feb. 6, 1969.

In re: Denny Dean Shaw applying for writs of certiorari, review, prohibition and mandamus.

Writs denied. The application for mandamus is moot since the trial court has acted and denied relator's writ of habeas corpus. (Minutes of that court, Jan. 22, 1969). The writ of habeas corpus is considered and denied as being without merit on the face of the application.